UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

    V. : Crim. No. 08-327 (SRC)

ANDREW MEROLA, et al. : SEALING ORDER

An application having been made by Christopher J. Christie, United States Attorney (Ronald D. Wigler, Assistant U.S. Attorney, appearing), for an Order sealing the Indictment, arrest warrants and accompanying papers until the arrest of the named defendant(s), and good cause having been shown,

IT IS on this 2nd day of May, 2008,

ORDERED that the Indictment, arrest warrants and accompanying papers are sealed until the arrest of the named defendant(s).

_____
HON. MADELINE COX ARLEO
United States Magistrate Judge