UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 08-327 |
| vs. | Order of Reassignment |
| ANDREW MEROLA, et al. | |

It is on this   13TH   day of May, 2008

O R D E R E D  that the entitled action is reassigned from

JUDGE STANLEY R. CHESLER TO JUDGE SUSAN D. WIGENTON.


   S/Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT