UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

United States of America          : Criminal Action
    Plaintiff                 : 2:08-cr-327 (SDW)
                                  :
v.                                :
                                  :
Andrew Merola                     : ORDER RE
                                  : BAIL CONDITIONS
    Defendant.                :
                                  :

---

The Court having reviewed the June 6, 2008 letter from counsel for defendant Merola and the United States Attorney's Office having no objection to the relief requested therein and for good cause shown

It is on this 10th day of June 2008

ORDERED AND ADJUDGED as follows:

1. Andrew Merola may attend his son's nursery school graduation in Nutley, New Jersey on June 14, 2008 in accordance with a schedule set by Pretrial Services.

2. A copy of this Order shall be served on Pretrial Services and the United States Attorney's office.

                                Susan D. Wigenton U.S.D.J.