# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Civil Action No. 08-327 (SRC)(MAS) |
| Plaintiff, | : | **ORDER** |
| v. | : | |
| ANDREW MEROLA, | : | |
| Defendant. | : | |

This matter having been brought before the Court on the motion of Salvatore Alfano, Esq., attorney for Defendant Andrew Merola, for an Order granting a Motion for Reconsideration and modifying Defendant Andrew Merola's Conditions of Pretrial Release to permit him to pursue gainful employment, subject to a schedule set by Pretrial Services and monitoring by Pretrial Services. The Court has considered the position of counsel, and has read the briefs submitted in this matter. In the instant matter, Defendant has not provided the Court with any evidence of changed circumstances, as required by §3142(f) of the Bail Reform Act of 1984.

IT IS on this 15th day of September, 2008,

ORDERED that:

(1) The Court hereby denies Defendant's motion for reconsideration and modification of the conditions of his pretrial release. Mr. Merola may not leave his residence to pursue employment.

_____
HONORABLE MICHAEL A. SHIPP
UNITED STATES MAGISTRATE JUDGE