UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Civil Action No. 08-327 (SRC)(MAS) |
| Plaintiff, : | **ORDER** |
| v. : | |
| ANDREW MEROLA, : | |
| Defendant. : | |

This Court having entered an Order denying Defendant's motion for Reconsideration on September 16, 2008 (Docket, Doc. No. 138), and the Court having conducted a telephone conference on September 17, 2008 during which Defendant's attorney renewed his request for oral argument, and the Court having agreed to hear oral argument on the matter on September 23, 2008 at 3:00 p.m. in Courtroom 2C, and for good cause shown,

IT IS on this 18th day of September, 2008,

ORDERED that:

This Court's order of September 16, 2008 (Docket, Doc. No. 138) is hereby VACATED. The Court will enter an Order and Opinion following oral argument on September 23, 2008.

_____
HONORABLE MICHAEL A. SHIPP
UNITED STATES MAGISTRATE JUDGE