UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. STANLEY R. CHESLER |
| v. | : | Crim. No. 08-327(SRC) |
| ANDREW MEROLA, ET AL. | : | ORDER |

This matter having been opened to the Court on the joint application of the United States of America and the defendants (through their respective counsel), for an order declaring this matter to be a complex case pursuant to Title 18, United States Code, Section 3161(h)(8)(B)(ii); and the Court having considered the arguments of counsel; and the defendants being aware that absent such a finding they would have a right to be tried within seventy days of their first appearance in this district in connection with this matter, pursuant to 18 U.S.C. § 3161(c)(1); and the charges being the result of a lengthy investigation and the defendants needing sufficient time to review extensive discovery and to investigate the charges and file motions in this case; and Christopher J. Christie, United States Attorney for the District of New Jersey (Ronald D. Wigler, Assistant U.S. Attorney, appearing) having concurred in the assertion that this matter is complex as defined in the statute; and the Court having found that an order granting a continuance of the proceedings in

the above-captioned matter should be entered, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. This case involves allegations of racketeering that occurred over several years.

2. The discovery in the case is voluminous, in that it includes, among other things, over 39,000 wire intercepts and the execution of numerous searches.

3. The defendants and their counsel need time to review the extensive discovery in this matter.

4. In light of the allegations, the defendants need sufficient time to investigate the charges.

5. In light of the discovery and depending upon the results of their respective investigations, each defendant will need time to determine whether or not to file motions in this matter and what motions should be filed.

6. In light of these findings, and given the nature of the case and its complexity, it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established under the Speedy Trial Act.

7. The defendants consent to the aforementioned continuance.

8. The grant of a continuance will enable counsel for the defendants to adequately review the discovery, prepare motions and proceed with trial.

9. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, it is on this 3rd day of October, 2008

ORDERED that the this matter is hereby designated a complex case;

IT IS FURTHER ORDERED THAT the proceedings in the above-captioned matter are continued from November 1, 2008 until February 27, 2009;

IT IS FURTHER ORDERED that the period between November 1, 2008 and February 27, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that the defendants shall file their motions no later than February 27, 2009; and

IT IS FURTHER ORDERED that a schedule of proceedings in this matter shall be set once the defendants' motions have been filed.

HON. STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

Ronald D. Wigler
Assistant U.S. Attorney

Salvatore T. Alfano, Esq
Counsel for defendant Andrew Merola

Stephen Turano, Esq.
Counsel for defendant Ralph Cicalese

Vincent Scoca, Esq.
Counsel for defendant Charles Muccigrosso

Peter R. Willis, Esq.
Counsel for defendant Kyle Ragusa

Maria DelGraizo Noto, Esq.
Counsel for defendant Martin Taccetta

Marco A. Laracca, Esq.
Counsel for defendant Justin Cerrato

Christopher A. Errante, Esq.
Counsel for defendant Vincent Derogatis

George J. Abdy, Esq.
Counsel for defendant Christopher Doscher

Form and entry
consented to:

Ronald D. Wigler
Assistant U.S. Attorney

Salvatore T. Aflano, Esq
Counsel for defendant Andrew Merola

Stephen Turano, Esq.
Counsel for defendant Ralph Cicalese

Vincent Scoca, Esq.
Counsel for defendant Charles Muccigrosso

Peter R. Willis, Esq.
Counsel for defendant Kyle Ragusa

Maria DelGraizo Noto, Esq.
Counsel for defendant Martin Taccetta

Marco A. Laracca, Esq.
Counsel for defendant Justin Cerrato

Christopher A. Errante, Esq.
Counsel for defendant Vincent Derogatis

George J. Abdy, Esq.
Counsel for defendant Christopher Doscher

Form and entry consented to:

______________________________
Ronald D. Wigler
Assistant U.S. Attorney

______________________________
Salvatore T. Aflano, Esq
Counsel for defendant Andrew Merola

______________________________
Stephen Turano, Esq.
Counsel for defendant Ralph Cicalese

______________________________
Vincent Scoca, Esq.
Counsel for defendant Charles Muccigrosso

______________________________
Peter R. Willis, Esq.
Counsel for defendant Kyle Ragusa

______________________________
Maria DelGraizo Noto, Esq.
Counsel for defendant Martin Taccetta

______________________________
Marco A. Laracca, Esq.
Counsel for defendant Justin Cerrato

______________________________
Christopher A. Errante, Esq.
Counsel for defendant Vincent Derogatis

______________________________
George J. Abdy, Esq.
Counsel for defendant Christopher Doscher

Form and entry
consented to:

____________________________
Ronald D. Wigler
Assistant U.S. Attorney

____________________________
Salvatore T. Aflano, Esq
Counsel for defendant Andrew Merola

____________________________
Stephen Turano, Esq.
Counsel for defendant Ralph Cicalese

____________________________
Vincent Scoca, Esq.
Counsel for defendant Charles Muccigrosso

____________________________
Peter R. Willis, Esq.
Counsel for defendant Kyle Ragusa

____________________________
Maria DelGraizo Noto, Esq.
Counsel for defendant Martin Taccetta

____________________________
Marco A. Laracca, Esq.
Counsel for defendant Justin Cerrato

____________________________
Christopher A. Errante, Esq.
Counsel for defendant Vincent Derogatis

____________________________
George J. Abdy, Esq.
Counsel for defendant Christopher Doscher

Form and entry consented to:

______________________________
Ronald D. Wigler
Assistant U.S. Attorney

______________________________
Salvatore T. Aflano, Esq
Counsel for defendant Andrew Merola

______________________________
Stephen Turano, Esq.
Counsel for defendant Ralph Cicalese

______________________________
Vincent Scoca, Esq.
Counsel for defendant Charles Muccigrosso

______________________________
Peter R. Willis, Esq.
Counsel for defendant Kyle Ragusa

______________________________
Maria DelGraizo Noto, Esq.
Counsel for defendant Martin Taccetta

______________________________ 10/10/08
Marco A. Laracca, Esq.
Counsel for defendant Justin Cerrato

______________________________
Christopher A. Errante, Esq.
Counsel for defendant Vincent Derogatis

______________________________
George J. Abdy, Esq.
Counsel for defendant Christopher Doscher

by :

Form and entry
consented to:

____________________________________
Ronald D. Wigler
Assistant U.S. Attorney

____________________________________
Salvatore T. Aflano, Esq
Counsel for defendant Andrew Merola

____________________________________
Stephen Turano, Esq.
Counsel for defendant Ralph Cicalese

____________________________________
Vincent Scoca, Esq.
Counsel for defendant Charles Muccigrosso

____________________________________
Peter R. Willis, Esq.
Counsel for defendant Kyle Ragusa

____________________________________
Maria DelGraizo Noto, Esq.
Counsel for defendant Martin Taccetta

____________________________________
Marco A. Laracca, Esq.
Counsel for defendant Justin Cerrato

____________________________________
Christopher A. Errante, Esq.
Counsel for defendant Vincent Derogatis

____________________________________
George J. Abdy, Esq.
Counsel for defendant Christopher Doscher

Form and entry
consented to:

______________________________
Ronald D. Wigler
Assistant U.S. Attorney

______________________________
Salvatore T. Aflano, Esq
Counsel for defendant Andrew Merola

______________________________
Stephen Turano, Esq.
Counsel for defendant Ralph Cicalese

______________________________
Vincent Scoca, Esq.
Counsel for defendant Charles Muccigrosso

______________________________
Peter R. Willis, Esq.
Counsel for defendant Kyle Ragusa

______________________________
Maria DelGraizo Noto, Esq.
Counsel for defendant Martin Taccetta

______________________________
Marco A. Laracca, Esq.
Counsel for defendant Justin Cerrato

______________________________
Christopher A. Errante, Esq.
Counsel for defendant Vincent Derogatis

______________________________
George J. Abdy, Esq.
Counsel for defendant Christopher Doscher

Pasquale F. Giannetta, Esq.
Counsel for defendant Anthony Marra

Marc E. Leibman, Esq.
Counsel for defendant Edward Deak

Henry E. Klingeman, Esq.
Counsel for defendant Michael Urgola

Christopher D. Adams, Esq.
Counsel for defendant Joseph Manzella

Alan L. Zegas, Esq.
Counsel for defendant John Cataldo

David P. Wadyka, Esq.
Counsel for defendant Jonathan Lanza

Robert G. Stevens, Esq.
Counsel for defendant Paul Lanza

James J. Cullenton, Esq.
Counsel for defendant Joseph Schepisi

Louis C. Esposito, Esq.
Counsel for defendant Vincent Fichera

Pasquale F. Giannetta, Esq.
Counsel for defendant Anthony Marra

Marc E. Leibman, Esq.
Counsel for defendant Edward Deak

Henry E. Klingeman, Esq.
Counsel for defendant Michael Urgola

Christopher D. Adams, Esq.
Counsel for defendant Joseph Manzella

Alan L. Zegas, Esq.
Counsel for defendant John Cataldo

David P. Wadyka, Esq.
Counsel for defendant Jonathan Lanza

Robert G. Stevens, Esq.
Counsel for defendant Paul Lanza

James J. Cullenton, Esq.
Counsel for defendant Joseph Schepisi

Louis C. Esposito, Esq.
Counsel for defendant Vincent Fichera

Pasquale F. Giannetta, Esq.
Counsel for defendant Anthony Marra

Marc E. Leibman, Esq.
Counsel for defendant Edward Deak

10/10/08

Henry E. Klingeman, Esq.
Counsel for defendant Michael Urgola

Christopher D. Adams, Esq.
Counsel for defendant Joseph Manzella

Alan L. Zegas, Esq.
Counsel for defendant John Cataldo

David P. Wadyka, Esq.
Counsel for defendant Jonathan Lanza

Robert G. Stevens, Esq.
Counsel for defendant Paul Lanza

James J. Cullenton, Esq.
Counsel for defendant Joseph Schepisi

Louis C. Esposito, Esq.
Counsel for defendant Vincent Fichera

Pasquale F. Giannetta, Esq.
Counsel for defendant Anthony Marra

Marc E. Leibman, Esq.
Counsel for defendant Edward Deak

Henry E. Klingeman, Esq.
Counsel for defendant Michael Urgola

Christopher D. Adams, Esq.
Counsel for defendant Joseph Manzella

Alan L. Zegas, Esq.
Counsel for defendant John Cataldo

David P. Wadyka, Esq.
Counsel for defendant Jonathan Lanza

Robert G. Stevens, Esq.
Counsel for defendant Paul Lanza

James J. Cullenton, Esq.
Counsel for defendant Joseph Schepisi

Louis C. Esposito, Esq.
Counsel for defendant Vincent Fichera

______________________________
Pasquale F. Giannetta, Esq.
Counsel for defendant Anthony Marra

______________________________
Marc E. Leibman, Esq.
Counsel for defendant Edward Deak

______________________________
Henry E. Klingeman, Esq.
Counsel for defendant Michael Urgola

______________________________
Christopher D. Adams, Esq.
Counsel for defendant Joseph Manzella

______________________________
Alan L. Zegas, Esq.
Counsel for defendant John Cataldo

______________________________
David P. Wadyka, Esq.
Counsel for defendant Jonathan Lanza

______________________________
Robert G. Stevens, Esq.
Counsel for defendant Paul Lanza

______________________________
James J. Cullenton, Esq.
Counsel for defendant Joseph Schepisi

______________________________
Louis C. Esposito, Esq.
Counsel for defendant Vincent Fichera

Pasquale F. Giannetta, Esq.
Counsel for defendant Anthony Marra

Marc E. Leibman, Esq.
Counsel for defendant Edward Deak

Henry E. Klingeman, Esq.
Counsel for defendant Michael Urgola

Christopher D. Adams, Esq.
Counsel for defendant Joseph Manzella

Alan L. Zegas, Esq.
Counsel for defendant John Cataldo

David F. Wadyka, Esq.
Counsel for defendant Jonathan Lanza

Robert G. Stevens, Esq.
Counsel for defendant Paul Lanza

James J. Cullenton, Esq.
Counsel for defendant Joseph Schepisi

Louis C. Esposito, Esq.
Counsel for defendant Vincent Fichera

Pasquale F. Giannetta, Esq.
Counsel for defendant Anthony Marra

Marc E. Leibman, Esq.
Counsel for defendant Edward Deak

Henry E. Klingeman, Esq.
Counsel for defendant Michael Urgola

Christopher D. Adams, Esq.
Counsel for defendant Joseph Manzella

Alan L. Zegas, Esq.
Counsel for defendant John Cataldo

David P. Wadyka, Esq.
Counsel for defendant Jonathan Lanza

Robert G. Stevens, Esq.
Counsel for defendant Paul Lanza

James J. Cullenton, Esq.
Counsel for defendant Joseph Schepisi

Louis C. Esposito, Esq.
Counsel for defendant Vincent Fichera

Pasquale F. Giannetta, Esq.
Counsel for defendant Anthony Marra

Marc E. Leibman, Esq.
Counsel for defendant Edward Deak

Henry E. Klingeman, Esq.
Counsel for defendant Michael Urgola

Christopher D. Adams, Esq.
Counsel for defendant Joseph Manzella

Alan L. Zegas, Esq.
Counsel for defendant John Cataldo

David P. Wadyka, Esq.
Counsel for defendant Jonathan Lanza

Robert G. Stevens, Esq.
Counsel for defendant Paul Lanza

James J. Cullenton, Esq.
Counsel for defendant Joseph Schepisi

Louis C. Esposito, Esq.
Counsel for defendant Vincent Pichera