UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

United States of America : Criminal Action
: 2:08-cr-327 (SDW)
    Plaintiff :

v. :
: **ORDER RE**
Andrew Merola : **BAIL CONDITIONS**
:
    Defendant. :

---

The Court having considered the respective positions of counsel and the United States Attorney's Office having no objection to the relief requested therein and Pretrial Services having approved this request and for good cause shown

It is on this 12th day of NOV., 2008

ORDERED AND ADJUDGED as follows:

1. Andrew Merola may attend the wrestling matches that his son Andrew is a participant in accordance with a schedule set by Pretrial Services.

2. A copy of this Order shall be served on Pretrial Services and the United States Attorney's office.

                                     Honorable Stanley R. Chesler
                                     United States District Court Judge

We hereby consent to the entry of this Order.

_____
Salvatore T. Alfano
Attorney for Andrew Merola

_____
Ronald Wigler
Assistant United
States Attorney

_____
Kenneth Rowen
United States
Pretrial Services

2