UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America | : Criminal Action |
| | : 2:08-cr-327 (SDW) |
| Plaintiff | : |
| | : |
| v. | : |
| | : **ORDER RE** |
| Andrew Merola | : **BAIL CONDITIONS** |
| | : |
| Defendant. | : |

The Court having reviewed the submissions in support of and in opposition to the application of defendant Andrew Merola for a <u>de novo</u> bail review and the Court having heard the argument of counsel and for god cause shown

It is on this 13th day of Nov., 2008

ORDERED AND ADJUDGED that the within application is hereby denied

Honorable Stanley R. Chesler
United States District Court Judge