UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America | : Criminal Action |
| | : 2:08-cr-327 (SRC) |
| Plaintiff | : |
| v. | : |
| | : **ORDER RE** |
| Andrew Merola | : **BAIL CONDITIONS** |
| | : |
| Defendant. | : |

There being a football awards dinner on December 3, 2008 and the United States Attorney's Office having no objection to the relief requested herein and Pretrial Services having approved this request and for good cause shown

It is on this 3rd day of December 2008

ORDERED AND ADJUDGED as follows:

1. Andrew Merola may attend a football awards dinner for his son on December 3, 2008 with his wife in accordance with a schedule set by Pretrial Services.

2. A copy of this Order shall be served on Pretrial Services and the United States Attorney's Office

Honorable Stanley R. Chesler
United States District Court Judge

We hereby consent to the entry of this Order.

_____
Salvatore T. Alfano
Attorney for Andrew Merola


_____
Ronald Wigler
Assistant United
States Attorney

_____
William Sobchik
United States
Pretrial Services

2

We hereby consent to the entry of this Order.

_____
Salvatore T. Alfano
Attorney for Andrew Merola

_____
Ronald Wigler
Assistant United
States Attorney


_____
William Sobchik
United States
Pretrial Services

2