UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America | : Criminal Action |
| Plaintiff | : 2:08-cr-327 (SRC) |
| v. | : |
| Andrew Merola | : ORDER RE |
| | : BAIL CONDITIONS |
| Defendant. | : |

There being events related to defendants' children and the United States Attorney's Office having no objection to the relief requested herein and Pretrial Services having approved this request and for good cause shown

It is on this     day of March 2009

ORDERED AND ADJUDGED as follows:

1. Subject to a schedule set by Pretrial Services, Andrew Merola may attend with his wife the wrestling tournament entitled "War at the Shore" on April 9, 10, and 11 in Wildwood, New Jersey. Mr. Merola may stay with his wife and children overnight on April 9 and 10 in Wildwood New Jersey.

2. Mr. Merola may attend a wrestling awards dinner for his two children with his wife on March 24, 2009 at the Hanover Park Manor in accordance with a schedule set by Pretrial Services.

3. A copy of this Order shall be served on Pretrial Services and the United States Attorney's office.

*[signature]*
Honorable Stanley R. Chesler
United States District Court Judge

We hereby consent to the entry of this Order.

*[signature]*
Salvatore T. Alfano
Attorney for Andrew Merola

*[signature]*
Ronald Wigler
Assistant United States Attorney

*[signature]*
Kenneth Rowen
United States Pretrial Services

2