UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America | : Criminal Action |
| | : 2:08-cr-327 (SRC) |
| Plaintiff | : |
| v. | : |
| | : **ORDER RE** |
| Andrew Merola | : **BAIL CONDITIONS** |
| | : |
| Defendant. | : |

The Court having considered the March 19, 2009 letter from Salvatore T. Alfano and Pretrial Services having approved Mr. Merola's employment at a job site in Englishtown New Jersey and for good cause shown

It is on this 30th day of March 2009

ORDERED AND ADJUDGED as follows:

1. Subject to a schedule set by Pretrial Services and conditions set by Pretrial Services including GPS monitoring Andrew Merola may pursue employment with Koerner Crane and Equipment at a job site in Englishtown, New Jersey which was preciously inspected by Pretrial Services.

2. All other conditions of bail currently in effect are not affected by this Order.

3. A copy of this Order shall be served on Pretrial Services and the United States Attorney's office.

Honorable Stanley R. Chesler
United States District Court Judge

2