UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America | : Criminal Action |
| | : 2:08-cr-327 (SDW) |
| Plaintiff | : |
| v. | : |
| | : ORDER RE |
| Andrew Merola | : BAIL CONDITIONS |
| | : |
| Defendant. | : |

The Court having considered the respective positions of counsel and the United States Attorney's Office having no objection to the relief requested herein and Pretrial Services having approved this request and for good cause shown

It is on this 15th day of April 2009

ORDERED AND ADJUDGED as follows:

1. Andrew Merola may attend sporting events that his sons are participants in accordance with a schedule set by Pretrial Services.

2. Defendant Andrew Merola may attend a wrestling tournament on April 18 and 19, 2009 with his wife in Charleston, West Virginia in which his son will be participating in

accordance with a traveling schedule to be set by Pretrial Services.

    3. A copy of this Order shall be served on Pretrial Services and the United States Attorney's office.

Honorable Stanley R. Chesler
United States District Court Judge

We hereby consent to the entry of this Order.

_____
Salvatore T. Alfano
Attorney for Andrew Merola


Ronald Wigler
Assistant United States Attorney

_____
Kenneth Rowan
United States
Pretrial Services

2

accordance with a traveling schedule to be set by Pretrial Services.

3. A copy of this Order shall be served on Pretrial Services and the United States Attorney's office.

                                            Honorable Stanley R. Chesler
                                            United States District Court Judge

We hereby consent to the entry of this Order.

_____
Salvatore T. Alfano
Attorney for Andrew Merola

_____
Ronald Wigler
Assistant United States Attorney

_____
Kenneth Rowan
United States Pretrial Services

2