UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America | : Criminal Action |
| | : 2:08-cr-327 (SDW) |
| Plaintiff | : |
| v. | : |
| | : ORDER RE |
| Andrew Merola | : BAIL CONDITIONS |
| | : |
| Defendant. | : |

The Court having considered the respective positions of counsel and the United States Attorney's Office having no objection to the relief requested herein and Pretrial Services having approved this request and for good cause shown

It is on this    day of April 2009

ORDERED AND ADJUDGED as follows:

1. Defendant Andrew Merola may attend a wrestling tournament on May 2, 2009 with his wife in Baldwinsville, New York in which his son will be participating in accordance with a traveling schedule to be set by Pretrial Services.

2. A copy of this Order shall be served on Pretrial

Services and the United States Attorney's office.

_____
Honorable Stanley R. Chesler
United States District Court
Judge

We hereby consent to the entry of this Order.

_____
Salvatore T. Alfano
Attorney for Andrew Merola

_____
Ronald Wigler
Assistant United
States Attorney

_____
Kenneth Rowan
United States
Pretrial Services

2

Services and the United States Attorney's office.

_____
Honorable Stanley R. Chesler
United States District Court
Judge

We hereby consent to the entry of this Order.

_____
Salvatore T. Alfano
Attorney for Andrew Merola


_____
Ronald Wigler
Assistant United
States Attorney

_____
Kenneth Rowan
United States
Pretrial Services

2

**Salvatore T. Alfano, P.A.**
Attorney at Law
P.O. Box 1450
55 Washington Street
Bloomfield, NJ 07003

(973) 743-9390
FAX (973) 743-1015
• E-Mail stalfano@aol.com

March 26, 2009
E-File
Hon. Stanley R. Chesler
United States District Court, District of New Jersey Newark
Frank R. Lautenberg U.S. P.O. & Courthouse, Room 417
Newark, NJ 07101-0999

United States v. Andrew Merola
et. al. 2:08-cr-327 (SRC)

Dear Judge Chesler:

Enclosed is a consent order permitting Mr. Merola to attend a wrestling tournament in Baldinsville New York on May 1 in which his son is participating. If this Order meets with your approval, please execute it, have someone on your staff electronically file it. If you have any questions or comments, please feel free to contact me. Thank you.

Respectfully

Salvatore T. Alfano

c- Ron Wigler
   Ken Rowen