UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America | : Criminal Action |
| | : 2:08-cr-327 (SDW) |
| Plaintiff | : |
| v. | : |
| | : ORDER RE |
| Andrew Merola | : BAIL CONDITIONS |
| | : |
| Defendant. | : |

The Court having considered letter request of Salvatore T. Alfano and the United States Attorney's Office having no objection to the relief requested herein and Pretrial Services having approved this request and for good cause shown

It is on this   day of April 2009

ORDERED AND ADJUDGED as follows:

1. Commencing on May 14, 2009 and while his wife is recovering from the neck surgery scheduled that day and is unable to attend to activities related to the household and the two minor children Andrew Merola may leave his residence to attend to such activities in accordance with the express permission and directions of Pretrial Services.

2. A copy of this Order shall be served on Pretrial Services and the United States Attorney's office.

Honorable Stanley R. Chesler
United States District Court

Judge

We hereby consent to the entry of this Order.

_____
Salvatore T. Alfano
Attorney for Andrew Merola

_____
Ronald Wigler
Assistant United
States Attorney

_____
Kenneth Rowan
United States
Pretrial Services

2

We hereby consent to the entry of this Order.

_____
Salvatore T. Alfano
Attorney for Andrew Merola

_____
Ronald Wigler
Assistant United
States Attorney

_____
Kenneth Rowan
United States
Pretrial Services

2