UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America | : Criminal Action |
| | : 2:08-cr-327 ~~(   )~~ **SRC** |
| Plaintiff | : |
| | : |
| v. | : |
| | : **ORDER RE** |
| Andrew Merola | : **BAIL CONDITIONS** |
| | : |
| Defendant. | : |

The Court having considered the respective positions of
counsel and the United States Attorney's Office having no
objection to the relief requested herein and Pretrial Services
having approved this request and for good cause shown

It is on this    day of July 2009

ORDERED AND ADJUDGED as follows:

1. Mr. Merola may accompany his son to a wrestling camp in
Carlisle Pennsylvania from August 2 to August 8, 2009 in
accordance with a schedule set by Pretrial Services and subject
to GPS monitoring.

2. A copy of this Order shall be served on Pretrial

Services and the United States Attorney's office.

Honorable Stanley R. Chesler
United States District Court
Judge

We hereby consent to the entry of this Order.

Salvatore T. Alfano
Attorney for Andrew Merola

Ronald Wigler
Assistant United
States Attorney

Kenneth Rowan
United States
Pretrial Services

2

Services and the United States Attorney's office.

_____
Honorable Stanley R. Chesler
United States District Court
Judge

We hereby consent to the entry of this Order.

_____
Salvatore T. Alfano
Attorney for Andrew Merola

_____
Ronald Wigler
Assistant United
States Attorney

Kenneth Rowan
United States
Pretrial Services

2