UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America | : Criminal Action |
| Plaintiff | : 2:08-cr-327 (SDW) |
| v. | : |
| Andrew Merola | : ORDER RE |
| | : BAIL CONDITIONS |
| Defendant. | : |

The Court having considered the respective positions of counsel and the United States Attorney's Office having no objection to the relief requested herein and Pretrial Services having approved this request and for good cause shown

It is on this    day of August 2009

ORDERED AND ADJUDGED as follows:

1. On his return from the wrestling camp in Carlisle Pennsylvania on August 8, 2009 Mr. Merola may accompany his children to a birthday party in Hersey Pennsylvania in accordance with a schedule set by Pretrial Services and subject to GPS monitoring.

2. A copy of this Order shall be served on Pretrial

Services and the United States Attorney's office.

8/10/09

_____
Honorable Stanley R. Chesler
United States District Court
Judge

We hereby consent to the entry of this Order.

_____
Salvatore T. Alfano
Attorney for Andrew Merola

_____
Ronald Wigler
Assistant United
States Attorney

_____
Robert Cordiero
United States
Pretrial Services

2

TOTAL P.003

Services and the United States Attorney's office.

---

_____
Honorable Stanley R. Chesler
United States District Court Judge

We hereby consent to the entry of this Order.

_____
Salvatore T. Alfano
Attorney for Andrew Merola

_____
Ronald Wigler
Assistant United States Attorney

_____
Robert Cordiero
United States Pretrial Services