UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America | : Criminal Action |
| | : 2:08-cr-327 (SRC) |
| Plaintiff | : |
| v. | : |
| | : ORDER RE |
| Andrew Merola | : BAIL CONDITIONS |
| | : |
| Defendant. | : |

There being a wrestling tournament in Hampton Virginia and the United States Attorney's Office having no objection to the relief requested herein and Pretrial Services having approved this request and for good cause shown

It is on this    day of December 2009

ORDERED AND ADJUDGED as follows:

1. Subject to a schedule set by Pretrial Services, Andrew Merola may travel with his wife and children to a wrestling tournament in which his son is participating in Hampton Virginia on December 18-20. Mr. Merola may leave with his family on December 17.

2. A copy of this Order shall be served on Pretrial Services and the United States Attorney's Office.

Honorable Stanley R. Chesler
United States District Court Judge

We hereby consent to the entry of this Order.

Salvatore T. Alfano
Attorney for Andrew Merola

Ronald Wigler
Assistant United States Attorney

William Sobchik
United States Pretrial Services

2