UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America | : Criminal Action |
| | : 2:08-cr-327 (SRC) |
| Plaintiff | : |
| | : |
| v. | : ORDER RE |
| | : BAIL CONDITIONS |
| Andrew Merola | : |
| | : |
| Defendant. | : |

There being a wrestling tournament in Charleston West Virginia and the United States Attorney's Office having no objection to the relief requested herein and Pretrial Services having approved this request and for good cause shown

It is on this     day of December 2009

ORDERED AND ADJUDGED as follows:

1. Subject to a schedule set by Pretrial Services, Andrew Merola may travel with his wife and children to a wrestling tournament in Charleston West Virginia on December 29-30. Mr. Merola may leave with his family on December December 28.

2. A copy of this Order shall be served on Pretrial Services and the United States Attorney's office.

in  Page 3 of 3

2009-12-14 15.04.55 (GMT)

10022388497  From. Salvatore Alfano

Fax sent by  :

Fax from  : 10022388497

12-11-89 04:28p   Pg :   3/3
12-11-89 04:02p   ty.  J

Honorable Stanley R. Chesler
United States District Court
Judge

We hereby consent to the entry of this Order.

Salvatore T. Alfano
Attorney for Andrew Merola

Ronald Wigler
Assistant United
States Attorney

William Sobchik
United States
Pretrial Services

2