UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America | : Criminal Action |
| | : 2:08-cr-327 (SDW) |
| Plaintiff | : |
| v. | : |
| | : **ORDER RE** |
| Andrew Merola | : **BAIL CONDITIONS** |
| Defendant. | : |

The Court having considered the respective positions of the parties and the United States Attorney's office having consented thereto and for good cause shown

It is on this 5th day of January 2010

ORDERED AND ADJUDGED as follows:

1. The terns of Mr. Nerola's pretrial release are hereby modified as follows: Mr. Merola may leave his residence each day between 7:00 a.m. and 10:00 p.m. and Mr. Merola is no longer subject to GPS monitoring.

2. All other conditions of Mr. Merola's pretrial release remain in tact.

3. A copy of this Order shall be served on Pretrial Services and the United States Attorney's office.

                                         _____
                                         Honorable Stanley R. Chesler
                                         United States District Court
                                         Judge

We hereby consent to the entry of this Order.

_____
Salvatore T. Alfano
Attorney for Andrew Merola

_____
Ronald Wigler
Assistant United
States Attorney