UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America | : Criminal Action |
| Plaintiff | : 2:08-cr-327 (SDW) |
| v. | : |
| Andrew Merola | : ORDER RE |
| | : BAIL CONDITIONS |
| Defendant. | : |

The Court having considered the respective positions of counsel and the United States Attorney's Office and Pretrial Services having consented to this request and for good cause shown

It is on this ___ day of January 2010

ORDERED AND ADJUDGED as follows:

1. Andrew Merola may attend sporting events in which his children are participating both within and out of the District of New Jersey subject to schedules set by Pretrial Services.

_____
Honorable Stanley R. Chesler
United States District Court
Judge

We hereby consent to the entry of this Order.

_____
Salvatore T. Alfano
Attorney for Andrew Merola

_____
Ronald Wigler
Assistant United
States Attorney

William Sobchik
United States
Pretrial Services

2

2. All other conditions of Mr. Merola's pretrial release remain in.tact.

> Honorable Stanley R. Chesler
> United States District Court
> Judge

We hereby consent to the entry of this Order.

*Salvatore T. Alfano* (signed)
Salvatore T. Alfano
Attorney for Andrew Merola

*Ronald Wigler* (signed)
Ronald Wigler
Assistant United
States Attorney

William Sobchik
United States
Pretrial Services

2