UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America | : Criminal Action |
| Plaintiff | : 2:08-cr-327 (SDW) |
| v. | : |
| Andrew Merola | : **ORDER AMENDING** |
| | : **JUDGMENT OF CONVICTION** |
| Defendant. | : |

The Court having conducted a conference call on November 10, 2010 on defendant's letter application to vacate the restitution portion of the judgment of conviction and having further considered the position of the United States Attorney's office and for good cause shown

It is on this /*f* day of November 2010

ORDERED AND ADJUDGED as follows:

1. The judgment of conviction filed on October 29, 2010 is hereby vacated to the extent that it awards $161,481.60 in restitution.

2. The parties have 14 days from today's date to submit their respective positions to the Court as to what the appropriate amount of restitution is based on lost fringe benefits.

Honorable Stanley R. Chesler
United States District Court

Bohdan Vitvitsky
Assistant United States Attorney

Salvatore T. Alfano
Attorney for defendant
Andrew Merola