2005R00840
BV/gr

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br>v.<br><br>ANDREW MEROLA<br>a/k/a "Andrew Knapik" et al.<br><br>*Defendant.* | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Honorable Stanley R. Chesler, U.S.D.J.<br><br>Criminal No. 08-327<br><br>FINAL ORDER OF FORFEITURE |

**WHEREAS**, on May 2, 2008, the United States filed an Indictment, Criminal No. 08-327, against Andrew Merola a/k/a "Andrew Knapik" (hereinafter "Defendant"), which charges, among other things, Racketeering Conspiracy in violation of 18 U.S.C. § 1962(d) and Racketeering in violation of 18 U.S.C. §§ 1962(c) and 2; and

**WHEREAS,** on January 5, 2010, the Defendant pled guilty to one count of Racketeering Conspiracy, in violation of 18 U.S.C. § 1962(d) of the Indictment; and

**WHEREAS,** on October 29, 2010, a Consent Judgment and Preliminary Order of Forfeiture was entered between the United States and defendant Andrew Merola a/k/a "Andrew Knapik" pursuant to the terms of the Plea Agreement dated December 10, 2009, under which the defendant agreed, pursuant to the provisions of 18 U.S.C. § 1963, to the forfeiture of the sum of $100,000.00 which has been paid in full from the following two checks:

(a) Nations Title Agency Inc. NLS, Escrow Account check number 01278982, in the amount of $50,007.14, resulting from the refinance of property located at 14 Fay Drive, East Hanover, New Jersey 07936-3053; and

(b) Salvatore T. Alfano, P.A., Trust Account check number 1251, in the amount of $49,992.86,

(collectively the "$100,000") as substitute res for property located at 14 Fay Drive, East Hanover, New Jersey 07936-3053, more particularly described as: Block 38.05, Lot 47 of the Municipality of East Hanover Township, on the Tax Map of East Hanover Township New Jersey; and

**WHEREAS,** pursuant to 18 U.S.C. § 1963(*l*)(1), a Notice of Forfeiture with respect to the $100,000 was posted on an official government internet site, namely www.forfeiture.gov, for at least 30 consecutive days, beginning on November 6, 2010, and ending on December 5, 2010 (*see* Exhibit A to the Declaration of Bohdan Vitvitsky with Exhibits); and

**WHEREAS** no claims or answers have been filed against the $100,000 within the time permitted;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

**THAT** a Final Order of Forfeiture is entered against $100,000, and no right, title or interest in the $100,000 shall exist in any other party; and

**THAT** any and all forfeited funds, including but not limited to currency, currency equivalents, and certificates of deposits, as well as any income derived as a result of the United States Marshals Service's management of any

property forfeited herein, and the proceeds from the sale of any forfeited property, after the payment of costs and expenses incurred in connection with the sale and disposition of the forfeited property shall be deposited forthwith by the Department of Justice, United States Marshals Service into the Department of Justice Asset Forfeiture Fund, in accordance with the law.

The Clerk is hereby directed to send copies to all counsel of record.

**ORDERED** this 28th day of Feb , 2011.

HONORABLE STANLEY R. CHESLER
United States District Judge